

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Michelle Connely, Debtor

Case No.: 16–80356
Chapter: 13

ENTERED
04/21/2017

## ORDER TO RESET CONFIRMATION

The hearing on confirmation of the Debtor's plan is continued until **5/4/17** at **01:30 PM**.

Signed and Entered on Docket: 4/21/17

_____
MARVIN ISGUR
United States Bankruptcy Judge